**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| RUTH ANN GRANT, AS EXECUTRIX OF THE ESTATE OF RUTH M. GRANT, SUCCESSOR IN THE INTEREST TO RUTH M. GRANT, | : No. 105 WAL 2024<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the Superior Court |
| Petitioner | : |
| v. | : |
| LOUIS A. GRANT, JR., | : |
| Respondent | : |

**ORDER**

**PER CURIAM**

 **AND NOW**, this 9th day of July, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner are:

 a. Did the Superior Court err in holding that the quitclaim deed that is the subject of the instant action was insufficient manifestation of [decedent's] intent to sever the joint tenancy with [respondent] from which she could not retreat because that finding conflicts with other intermediate appellate court opinions and determinations of this Court?

 b. Did the Superior Court err in concluding that there was no severance of the joint tenancy because [decedent] did not convey the [subject property] to a third party because that holding conflicts with prior determinations of this Court?

 Justice Wecht did not participate in the consideration or decision of the matter.